# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 3, 2018

155732(56)

BRAZOS HIGHER EDUCATION
SERVICE CORPORATION,
      Plaintiff-Appellee,

v

ANN MARIE STINNETT,
      Defendant-Appellant.

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

SC: 155732
COA: 329780
Oakland CC: 2015-145963-CK

_____/

On order of the Court, the motion for reconsideration of this Court's November 29, 2017 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 3, 2018

d0326

Clerk